UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
JUN 19 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Amos E Mason
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Kankakee County Sheriff
Department of Correction
Timothy Bukowski
Michael Downey
K. Smith
C/o Most

Case No: 08-2138
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

[X]    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
       U.S. Code (state, county, or municipal defendants)

____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code (federal defendants)

____   OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: AMOS E MASON

    B. List all aliases: NONE

    C. Prisoner identification number: 231464

    D. Place of present confinement: Jerome Combs Detention Center

    E. Address: 3050 Justice Way, Kankakee IL. 60901

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Kankakee County Sheriffs Department of Correction

        Title: Jerome Combs Detention Center

        Place of Employment: County Government

    B. Defendant: Timothy F. Bukowski

        Title: Sheriff

        Place of Employment: County Goverment

    C. Defendant: Michael Downey

        Title: Chief of Correctional Center

        Place of Employment: Kankakee County Goverment

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I. **Plaintiff(s):**

   A. Name: Amos E Mason

   B. List all aliases: NONE

   C. Prisoner identification number: 231464

   D. Place of present confinement: Jerome Combs Detention Ceter

   E. Address: 3050 Justice Way - Kankakee, IL 60901

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: K. SMITH

      Title: Lieutenant Cerrection OFFicer

      Place of Employment: Jerome Combs Detention Center

   B. Defendant: MR. MOST

      Title: C/O - Correction OFFicer

      Place of Employment: Jerome Combs Detention Center

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: (NA) Amos E Mason -vs- Kankakee County Sheriff Department of Correction. and (NA)

   B. Approximate date of filing lawsuit: NA

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Amos E Mason - No Aliases; Transcipt of Amos E. Mason Testimony, and his Statements, Reporter Curtis Smith - Aliases: Charles - Curt.

   D. List all defendants: (1) Kankakee County Sheriff Department of Correction. (2) Timothy Bukowski - Sheriff. (3) Michael Downey - Chief of Department of Correction. (4) K. Smith - Lieutenant of Correction (5) Mr. Most - Correction Officer.

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court, Central District of Illinois;

   F. Name of judge to whom case was assigned: NA.

   G. Basic claim made: Amos E. Mason, Testify Oral Statement Directe Testimony Reported By Curtis Smith. Mason was Attacked by Lieutenant K. Smith and C/o Most Attemped to Murder Him. The Special NeuroSureon doctor Onibokun, Adebukola A. - Stated to Amos Mason had not his been Extra Thick Bone Vertebrate Protecting his brain, one, or

   H. Disposition of this case (skull) (for example: Was the case dismissed? Was it appealed? Is it still pending?): It is still Pending. Two centermeter Deeper into his skull Amos mason would have been killed.

   I. Approximate date of disposition: NA.

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.


2 of 2

3

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) GRIEVANCE has been written for AMOS, MASON:

ON or about MAY 29, 2008; 1). Lieutenant K. Smith and 2). CORRECTION OFFICER MOST —[Jerome Combs Jail Officers has stated "They Do not have To Give Jail DETAINEES Their First Name NOR Their Badge numbers] HAS ATTEMPED TO COMMITTED ATTemp MURDER; ONE VICTIM, The STATE of ILLinois DETAINEE, Amos, MASON PLAINTIFF, Thus When LIEUTENANT K. SMITH, and OFFICER MOST, CAUSES deadily FORCE UNNESSARily when The Two OFFICERS USES TASER, and Laser Guided TASER GUN WEAPON TO Shoot AMOS, MASON CAUSEing Bodily HARM. AMOS, MASON was violently Attacked by The Two above name OFFICERS while he was seated on, upon His BUNK BED.

The Two OFFICER ENTERED Amos, Mason E-POD CELL. Then, K. SMITH Shot Mason in BETWEEN HIS EYE'S, OR OFFICER MOST shot Mason. AMOS, MASON have A VERY LOW I.Q he DO NOT, Thus Lack The meaning and Understanding OF alot OF words. MOREOVER, BOTH OFFICERS has Taser GUN WEAPON MASON STATED; UPON being shot, and ELECTRIC shocked in The FOREHEAD in BETWEEN The EYES he blacked out, Then MASON STATED HE REMEMBER waking up hand cuffed To The TorTure Treatment Chair FOR maybe A hour Then The LieuTenant K. SMITH FINALLY CALLED The Ambulance SERVICE —"[WITNESS]", FOR AMOS, MASON who TOOK him To PROVENA-ST. Mary HOSPITAL FOR MEDICAL CARE, and X-RAY—, DocTOR at ST. MARY STATED " Amos Mason NEEded IMMEDIATE SERGERY TO REMOVE The KNIFE LIKE ELECTRIC TASER GUN WEAPON BLAde out OF His FOREHEAD! PROVENA-ST. MARY Could not do SERGERY, Amos, MASON WAS TAKEN, and Amitted into RIVERSIDE HOSPITAL, OVER night FOR Life Saving SERGERY!

JeRome Combs Jail Medical DepartMent Refused To admitted Amos, Mason onto—upon H-POD —AKA— HeaLTHcare Recovery POD, To Recover From near DEATH, CIVIL and Constitutional Amendments Rights ViolATIONS For UNREASonable, USE OF deadily Force by The Two CORRECTION OFFICERS. OFFicers enTered Amos, Mason E-POD Locked cell Knowingly, and wilFully TO Committ, Thus IMPOSE SERIOUS Bodily INJURY, and TO CAUSE SERIOUS Physical, FACE, — FACIAL APPEARENCE DisFigurement HARM.

Witness To The ATTemped MURDER on

Tom-bam 332402

4                                                                                    Revised 9/2007

1 oF 2

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

MOREOVER, when Amos Mason is admitted into Riverside Hospital - Account Number # 0040 58802.- MR # 029-34-99) The Specialist Neurosurgeon - Doctor, Onibokun, Adebukola A. - stated had not Amos, Mason had a extra thick skull bone vertebrate protecting his brain; one, or two centermeter deeper into his skull Mr. Amos, Mason would have been killed by the direct electrification into his brain.

Now, in the light, Amos, Mason is mentally challenged, He is SLOW thinking person; There fore, of after this; and all the above facts: THIS COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. CODE [state, county, or municipal defendants]" and This EXHIBIT number# ONE GRIEVANCE FORM has been written by Curtis Smith Jerome Combs Detention Center I.D. NUMBER #228499, and; THE Transcript of Testimony REPORTED BY; Curtis Smith, J.C.D.C.-ID. Number #228499, and I am a WITNESS To The DIRECT ORAL STATEMENT TESTIFIED UNTO CURTIS SMITH, on This 06th day of JUNE, 2008.A.D. BY: AMOS MASON, sign *Curtis Smith* CURTIS Smith

1.) Amos E mason, J.C.D.C. ID. number: #231464 want Curtis Smith To be Informed There For he can read and help me Understand The letter.

I AMOS E MASON, Certify That The Facts Curtis Smith ID. Number # 228499, Curtis Smith Mailing Address: 310 Cade Street. Winona, Mississippi 38967, Phone 662-283-3791 Contact The above Curtis Smith is to be Forwarded When Mail When I am First moved until I can The Court I Amos mason, JCDC; ID. No: 231464, WANT TO PAY Curtis Smith 33% percent of United States Currence MONEY and of any ALL Relief THE COURT Grant unTo Me Amos Mason: *Amos mason*
signature

I want To Thank Mr. Curtis Smith For Filing This LAWSUIT FOR ME *Amos E Mason*, *Amos mason*
signature

Revised 9/2007

1) Witnessess:
1) Curtis Smith #228499      (2 of 2)
2) Miguel A. Cintora #006757
3) *Amos mason* 231464       (5)
4) Jymia Rodgers # 204214

FORWARDED TO STATE OF ILLINOIS POLICE, OR SHERIFF BUKOWSKI — CAUSE W). LIEUTENANT K. SMITH, AND CORRECTION OFFICER MOST — HAS ATTEMPTED TO ~~[redacted]~~ MURDER; ONE VICTIM; STATE OF ILLINOIS DETAINEE PLAINTIFFS; Amos MASON, WHEN LIEUTENANT K. SMITH, and C/O MOST, Used DEADLY FORCE, UNnecessarily; When OFFICER USES LASER GUIDED TASER GUN WEAPON TO SHOOT AMOS MASON.

## KANKAKEE COUNTY SHERIFF'S DEPARTMENT
### CORRECTIONS DIVISION

( ) REQUEST    (X) GRIEVENCE

( ) CALLING CARD    ( ) OTHER
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME: Amos MASON    DATE: June 06, 2008

Amos, Mason has been PLACED UNDER Chief, Downey, and Lieutenant, K. SMITH, Administrative Segregation.

CELL BLOCK/CELL: MAX B-4    INMATE ID: 231 464

Describe your request/grievance/amount of calling card:

ON OR ABOUT MAY 29, 2008, Amos, Mason was violently ATTACKED BY the Above name correction officers LT. K. SMITH, and OFFICER MOST; WHILE MASON SITTing upon HIS BUNK BED, The To-Two Above name Officers ENTERED AMOS, MASON E-POD CELL; Then K. SMITH Shot Mason IN BETWEEN HIS EYE'S or C/O MOST Shot mason. Amos Mason, have a very Low I.Q he Do NOT, and have a Lack of understanding of a lot of words. Moreover BOTH OFFICERS had Laser Guided Taser Guns Mason stated "upon being shot and Electric shocked in the Forehead between the EYES he Blacked out, Then mason Remember; waking up handcuffed To The Torture Treatment Chair for maybe a hour Then The Lieutenant SMITH Finally Call Ambulance for Mason, who took him to PROVENA ST. MARY HOSPITAL FOR X-RAY — Doctor at ST. MARY STATED "Amos Mason NEED IMMEDIATE SERGERY To REMOVE The KNIFE Like Taser Blade out of his FOREHEAD. PROVENA ST. Mary could not do sergery. Amos Mason was Taken and Admitted into RIVERSIDE Hospital Over Night For Sergery. Jerome Combs Jail MEDICAL DEPARTMENT REFUSED To admit mason onto H-POD AKA - HealthCare POD, To Recover From NEAR DEATH CIVIL and ConsTiTuTional, Unreasonable / USE of DEADLY FORCE by The Two Above Name Correction officer

RECEIVED BY OFFICER: [signature]    DATE: 6/6/08

RESPONSE: _____

ANSWER GIVEN BY: _____    DATE: _____

PINK - TO inmate upon receipt    YELLOW - To inmate upon request    WHITE - Inmate file
Inmate Request Form

That Imposed Serious Bodily Injury and Serious Physical Facial Apearence Disfigurement-Harm. Now, Amos Mason is admitted into Riverside Hospital - ACC# 004058802 - MR# 029-34-97, Specialist Neurosurgeon DOCTOR. ONIBOKUN, ADEBUKOLA A. — Stated had not Amos Mason had a EXTRA Thick Skull Vertebrate Protecting his Brain; One or Two Centermeter Deeper into his Skull MR. Amos Mason would have been killed by The DIRECT ELECTRIFICATION into his Brain.

Amos MASON is MENTALY Challenged, SLOW Thinking PERSON: Therefore, of AFTER This and ALL The Above FACTS: — THIS GRIEVANCE have been WRITTEN Transcript of Testimony Reported by; CURTIS SMITH - IDENTIFICATION NUMBER #228499 - WITNESS To the DIRECT ORAL STATEMENT Testified UNTO Curtis Smith 06-06-2008

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Amos E. MASON WANT The COURT grant $70,000,000.00 DOLLARS. WhereFORE, The Kankakee Correction OFFICERS Knowingly and willfully USE of SERIOUS bodiLY inJuRY and unReasonable - CONSTITUTION - USE of deadly Force upon unarmed Mentally Challenced Amos E. Mason While he sat upon his Bunk bed, OFFICERS CAUSE SERIOUS PhysicaL FACE damage - FAciaL Appearence DisFigurement.

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  06  day of  June , 20 08

X _Amos Mason_

Reported and Transcribed by  Curtis Smith — CURTIS SMITH

(Signature of plaintiff or plaintiffs)

X Amos Mason
(Print name)

231464
(I.D. Number) Jerome Combs Detention Center

3050 Justice Way

Kankakee, Illinois 60901
(Address)

6

Revised 9/2007